**3**

Walter R. Dahl, CSB No. 102186 [wdahl@DahlLaw.net]
Candy Dahl Goldman, CSB No. 186031 [cdahl@DahlLaw.net]
Thomas S. Tengan, CSB No. 134052 [ttengan@DahlLaw.net]
**DAHL & DAHL, ATTORNEYS AT LAW**
2304 "N" Street
Sacramento, CA 95816-5716

Telephone: (916) 446-8800
Telecopier: (916) 446-1634

Attorneys for Alyssa Jean Sanders

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>**Alyssa Jean Sanders,**<br><br>3748 Miller Way, Sacramento, CA 95817<br>xxx-xx-9382<br><br>Debtor(s). | Case No.: 10-26526<br>DC No.: DD-1<br><br>Date: April 13, 2010<br>Time: 9:30 AM<br>Judge: Klein<br>Courtroom: 35, Dept C<br>Place: 501 I Street, 6th Fl<br>Sacramento CA 95814 |

**MOTION BY DEBTOR FOR ORDER COMPELLING TRUSTEE TO
ABANDON DEBTOR'S SOLE PROPRIETORSHIP BUSINESS**

1. Debtor hereby moves the court pursuant to 11 U.S.C. Section §554(b) for an order compelling the Trustee to abandon Debtor's sole proprietor business on the basis that the business is of inconsequential value or benefit to the estate and is otherwise burdensome to the administration of this case.

**I. Factual Background.**

2. Alyssa Jean Sanders filed a voluntary petition for relief under the United States Bankruptcy Code [11 U.S.C. §101 et seq.] ("Bankruptcy Code") on or about March 16, 2010.

DAHL & DAHL
ATTORNEYS AT LAW
SACRAMENTO, CA

F:\S172.01\Pld-Abandon bus-mot-debtor.wpd      1

3. Prem Dhawan was appointed to serve as Chapter 7 Trustee in Debtor's case.

4. Debtor owns a sole proprietor business known as Papillion Urban Organic Skin Care located at 1509 17th Street, Sacramento, CA 95811, ("Subject Business"). Debtor believes the current fair market value of the Subject Business is $ 6,938.00 , as noted on Schedule B filed with this Court [*See*, Docket Item No. 1].

5. The assets of the Subject Business consist of the following:

    a. Accounts Receivable/Work in Progress/Inventory:     $ 3,121.00

    b. Furniture, fixtures and equipment     $ 1,697.00

    c. Bank accounts (checking, savings)     $ 2,000.00

    c. General intangibles (website, phone number, etc.)     $ 120.00

6. Debtor has exempted up to $ 6,938.00 of equity in the Subject Business pursuant to Schedule C filed with this Court [*See*, Docket Item No. 1].

7. The debts of the Subject Business coupled with the exempt equity equal or exceed the fair market value of the Subject Business, therefore, there is no non-exempt equity in the Subject Business.

## II. The Sole Proprietor Business Is Burdensome or of Inconsequential Value and Benefit to the Estate.

7. 11 U.S.C. Section 554(b) provides as follows:

> On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

8. As set forth above, there is minimal equity in the Subject Business and it is, therefore, of inconsequential value and benefit to the estate.

9. The Subject Business may also be burdensome to the estate due to on-going insurance, maintenance and license costs and other potential risks faced by the estate through continued ownership of the Subject Business.

10. As such, the court should order the Trustee to abandon the Subject Business,

WHEREFORE, Debtor prays:

    1. For an order compelling the Trustee to abandon the Subject Business; and,

2. For such other and further relief as the court deems proper.

Dated: March 23, 2010

DAHL & DAHL,
ATTORNEYS AT LAW

By: /s/ Candy Dahl Goldman
Candy Dahl Goldman
Attorney for Alyssa Jean Sanders